# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTIAN DOUGLAS COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-158-SLP |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris M. Stephens [Doc. No. 21]. The Magistrate Judge recommends that the Court dismiss Plaintiff's Amended Complaint without prejudice. The Magistrate Judge advised Plaintiff of his right to file an objection to the R&R on or before June 25, 2025, and that failure to timely object would waive the right to appellate review of the factual and legal questions contained therein. *Id.* at 23.[1]

To date, no objection has been filed, nor has an extension of time in which to object been sought. Upon review, the Court concurs with the R&R in full and finds Plaintiff's Amended Complaint should be dismissed without prejudice.

---

[1] After the R&R was filed, on June 12, 2025, Plaintiff filed a Notice of Change of Address [Doc. No. 22]. The Clerk of Court then re-mailed the R&R to Plaintiff at the new address. The Court has allocated additional time for Plaintiff to object to the R&R under these circumstances, but Plaintiff has failed to timely file an objection.

2

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 21] is ADOPTED and this matter is DISMISSED without prejudice. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS FURTHER ORDERED that Plaintiff's Application for Leave to Proceed In Forma Pauperis [Doc. No. 19] is DENIED as MOOT.

IT IS SO ORDERED this 10th day of July, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE